UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Cheyenne Denson,<br>Hannah White,<br>Joel White,<br>Jeffrey Flagg<br><br>*Plaintiffs*<br>v.<br><br>Debbie Does Doberge, LLC,<br>Charles Mary IV,<br>Charlotte McGehee, and<br>Faith Simmons<br><br>*Defendants* | CIVIL ACTION NO. 2:22-cv-00864<br><br>JUDGE NANNETTE JOLIVETTE BROWN<br><br>MAG. JUDGE KAREN WELLS ROBY<br><br>COLLECTIVE ACTION |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT

Plaintiffs and Defendants (collectively "the Parties"), by and through their undersigned counsel, hereby notify the Court that the Parties have reached a settlement in the above-captioned matter and seek approval from this Court of the settlement. This fully executed agreement can be provided to the Court for *in camera* review. Accordingly, the Parties respectfully request that the Court review the Parties' agreement and approve it for settlement so that the Defendants may pay all amounts due to the Plaintiffs. After the payment of the total settlement amount by the Defendants, the Parties ask that this Court dismiss this action with prejudice, with each party bearing its own costs and fees.

Respectfully submitted this 7th day of July, 2022.

| | |
|---|---|
| /s/ Casey Denson | /s/ Jennifer Kogos |
| **Casey Rose Denson, Esq.** (Bar #33363)<br>**Mercedes Townsend, Esq.** (Bar #39054)<br>Casey Denson Law, LLC<br>4601 Dryades Street | **Jennifer Kogos, Esq**.<br>Jones Walker LLP<br>201 St. Charles Ave, Ste 5100<br>New Orleans, LA 70170 |

New Orleans, LA 70115
Telephone: (504) 224-0110
cdenson@caseydensonlaw.com
mtownsend@caseydensonlaw.com

jkogos@joneswalker.com

*Attorney for Defendants*

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2022, a copy of the foregoing Joint Motion for Approval of Settlement Agreement was filed electronically with the Clerk of Court via the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*s/ Mercedes Townsend*
Mercedes Townsend, Esq.