UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Cheyenne Denson,<br>Hannah White,<br>Joel White,<br>Jeffrey Flagg<br>      *Plaintiffs*<br>v.<br><br>Debbie Does Doberge, LLC,<br>Charles Mary IV,<br>Charlotte McGehee, and<br>Faith Simmons<br><br>      *Defendants* | **CIVIL ACTION NO.  2:22-cv-00864**<br><br>**JUDGE NANNETTE JOLIVETTE BROWN**<br><br>**MAG. JUDGE KAREN WELLS ROBY**<br><br>**COLLECTIVE ACTION** |

**ORDER ON JOINT MOTION FOR APPROVAL OF THE SETTLEMENT AGREEMENT**

Having considering the Motion for Approval of the Settlement Agreement jointly filed by Plaintiffs and Defendants:

**IT IS HEREBY ORDERED** that the Stipulation of Voluntary Dismissal is GRANTED; and

**IT IS FURTHER ORDERED** that Plaintiff's claims for relief are dismissed with prejudice, with each party paying its own attorney fees and costs.

New Orleans, Louisiana, this _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE
