UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Cheyenne Denson, Hannah White, Joel White, and Jeffrey Flagg<br><br>*Plaintiffs*<br><br>v.<br><br>Debbie Does Doberge, LLC, Charles Mary IV, Charlotte McGehee, and Faith Simmons<br><br>*Defendants* | **CIVIL ACTION NO. 2:22-cv-00864**<br><br>**JUDGE NANNETTE JOLIVETTE BROWN**<br><br>**MAG. JUDGE KAREN WELLS ROBY**<br><br>**COLLECTIVE ACTION** |

## ORDER

Having considered the Joint Motion for Leave of Court to File an Exhibit Under Seal ("Motion"):

**IT IS HEREBY ORDERED** that the Motion is GRANTED and the Settlement Agreement shall be filed under seal.

New Orleans, Louisiana, this _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE