UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHEYENNE DENSON et al.** | **CIVIL ACTION** |
| **VERSUS** | **CASE NO. 22-864** |
| **DEBBIE DOES DOBERGE, LLC et al.** | **SECTION: "G"** |

## ORDER

On April 1, 2022, Plaintiffs Cheyenne Denson, Hannah White, Joel White, and Jeffrey Flagg ("Plaintiffs") filed a Complaint against Defendants Debbie Does Doberge, LLC, Charles Mary, IV, Charlotte McGehee, and Faith Simmons ("Defendants") for relief under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* ("FLSA").[1] Before the Court is the parties' "Joint Motion for Approval of Settlement Agreement."[2] On July 11, 2022, with leave of Court, the Settlement Agreement was filed under seal.[3]

Having considered the motion, the memorandum in support, the Settlement Agreement filed into the record under seal, and finding that the parties' proposed settlement involves the resolution of bona fide disputes under the Fair Labor Standards Act and is fair and reasonable, and approving same under the Fair Labor Standards Act,

---

[1] Rec. Doc. 1.

[2] Rec. Doc. 4.

[3] Rec. Doc. 6.

1

**IT IS HEREBY ORDERED** that the "Joint Motion for Approval of Settlement Agreement"[4] is **GRANTED**.

**IT IS FURTHER ORDERED** that this action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty days, to reopen the action if settlement is not consummated. The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

**IT IS FURTHER ORDERED** that the parties be directed to file an appropriate order of dismissal as soon as settlement is consummated. If no motion to reopen is filed, the case is officially closed, and the Clerk of Court shall be relieved of responsibility of sending out further notices in this matter.

Counsel are reminded that, if witnesses have been subpoenaed, every witness must be notified by counsel not to appear.

**NEW ORLEANS, LOUISIANA**, this 28th day of July, 2022.

                                          **NANNETTE JOLIVETTE BROWN**
                                          **CHIEF JUDGE**
                                          **UNITED STATES DISTRICT COURT**

---

[4] Rec. Doc. 4.