**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CHEYENNE DENSON,** **HANNAH WHITE, JOEL WHITE, and** **JEFFREY FLAGG,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **DEBBIE DOES DOBERGE, LLC,** **CHARLES MARY IV,** **CHARLOTTE McGEHEE, and** **FAITH SIMMONS,** <br><br> **Defendants.** | **Case No.: 2:22-cv-00864** <br><br> **DISTRICT JUDGE** **NANNETTE JOLIVETTE BROWN** <br><br> **MAGISTRATE JUDGE** **KAREN WELLS ROBY** |

**ORDER**

**CONSIDERING THE PARTIES' JOINT MOTION TO DISMISS,** it is hereby

**ORDERED** that all claims asserted in this matter are hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this _____ day of August, 2022.


_____
UNITED STATES DISTRICT JUDGE