UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHEYENNE DENSON et al.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-864** |
| **DEBBIE DOES DOBERGE, LLC et el.** | **SECTION: "G"** |

## ORDER

Considering the parties' "Joint Motion to Dismiss,"[1]

**IT IS HEREBY ORDERED** that all claims asserted in this matter are **DISMISSED WITH PREJUDICE,** with each party to bear their own costs.

**NEW ORLEANS, LOUISIANA** this __24th__ day of August, 2022.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Rec. Doc. 8.

1